(Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Dennis L. Wright against the Knights of the Maccabees of the World.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., dissents. SPRING, J., not sitting.

---

WYSTRACH v. INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Frida Wystrach against the Interboro Rapid Transit Company. No opinion. Motion denied, with $10 costs. Order filed.

---

In re YEOMANS et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of Ward B. Yeomans and another. No opinion. Reference ordered. Settle order on notice.

---

YUENGLING, Appellant, v. BETZ et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Catherine M. Yuengling against John F. Betz and others. Kellogg, B. & E., for appellant. A. I. Elkus, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 120 App. Div. 709, 105 N. Y. Supp. 815.

---

ZELLNER et al., Respondents, v. GOLDFEDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Joseph M. Zellner and another against Davis Goldfeder and another. No opinion. Motion granted.

---

ZIEGLER, Respondent, v. BELL TELEPHONE CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Lucy Ziegler, by guardian, etc., against the Bell Telephone Company of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents on the ground that the verdict is excessive.

---

ZONGHETTI, Respondent, v. NEW JERSEY TERMINAL DOCK & IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Giovanni Zonghetti against the New Jersey Terminal Dock & Improvement Company. No opinion. Order unanimously affirmed, with costs.

END OF CASES IN VOL. 112.

*